THE HENCKEN COMPANY, Appellant, v. JOHN KOENE and THE CITY OF NEW YORK, Defendants. SOL ZIPKIN Intervening as Owner of the Property which is the Subject-Matter of This Action, Respondent. (Action No. 1.) — Order granting motion to discontinue action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

WILLIAM HOEFNER, Respondent, v. OTTO SIEGLER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

FRANCES HOROWITZ, as Administratrix, etc., of ABRAHAM HOROWITZ, Deceased, Respondent, v. PAUL B. HAYMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ISAAC HYMAN, Respondent, v. JOHN C. JUDGE, Appellant.— Order in so far as it grants plaintiff discovery and inspection and directs defendant to produce certain written agreements affirmed, with ten dollars costs and disbursements; discovery and inspection to be had on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

In the Matter of the Estate of MORRIS FRANKLIN COVERT, Deceased. EDNA L. FRANKLIN, Individually and as Administratrix de Bonis Non, etc., and Others, Appellants, Respondents; EASTMAN & EASTMAN, Attorneys, and FRANCIS MACOMB GUMBES, Attorney, Respondents, Appellants.— Order of the Surrogate's Court of Queens county granting respondents, appellants, Eastman & Eastman an allowance of $1,250 and denying application of respondent, appellant, Gumbes for an allowance affirmed, with ten dollars costs and disbursements to Eastman & Eastman, payable out of the estate. Respondent, appellant, Gumbes rendered no valuable service to the estate and was not an attorney for a representative of the estate or of one who was interested therein. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Application of ANTONIO DE FALCO, Respondent, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Defendants. JOSEPH ZORN, Intervening, Appellant.— Order sustaining certiorari order and annulling the determination of the board of standards and appeals unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

In the Matter of the Petition of BROOKLYN TRUST COMPANY to Render and Settle an Intermediate Account of Its Proceedings as Executor of the Will of FRANCIS A. MARTIN, Deceased. EVERETT J. POWELL, Appellant; BROOKLYN TRUST COMPANY and Others, Respondents.— Decree of the Surrogate's Court of Nassau county unanimously affirmed, with costs to respondents payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.